```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

IN RE:

EX PARTE APPLICATION OF EVGENY
VOLOSOV FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C.
§ 1782

25-mc-186 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The applicant, Evgeny Volosov, has applied <u>ex parte</u> for an order pursuant to 28 U.S.C. § 1782 to take discovery from Standard Chartered Bank USA ("Standard Chartered").

The applicant is directed to serve the application and supporting materials on Standard Chartered within seven (7) days and file proof of service. Standard Chartered should respond within fourteen (14) days after service. The applicant may respond seven (7) days thereafter.

SO ORDERED.

Dated:   New York, New York
         May 29, 2025

                                    _____
                                    John G. Koeltl
                                    United States District Judge